JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARD TECH INTERNATIONAL, LLLP, a Maine Limited Liability Limited Partnership, <br><br> Plaintiff, <br><br> v. <br><br> SHARYN PROVENZANO, a.k.a. SHARYN NAPPI, an individual, and PRODEEN, INC. <br><br> Defendants–counter-claimants. | Case No. CV 11-2434 DSF (PLAx) <br><br> **JUDGMENT** |

The Court having conducted a trial of this case, and having reviewed the evidence submitted by the parties that it deemed relevant, and having issued its Findings of Fact and Conclusions of Law,

It is hereby ORDERED, ADJUDGED, AND DECREED that judgment be entered as follows:

- In favor of Card Tech on the First claim for breach of contract,
- In favor of Defendants on the Second claim for fraudulent inducement,

- In favor of Card Tech on the Fourth claim for trade dress infringement,
- In favor of Card Tech on the Fifth claim for trademark infringement,
- In favor of Card Tech on the Sixth claim for unfair competition under California law,
- In favor of Card Tech on the Ninth claim for fraudulent concealment,
- In favor of Card Tech on the Eleventh claim for conversion,
- In favor of Defendants on the Twelfth claim for intentional interference with prospective economic advantage,
- In favor of Defendants on the Thirteenth claim for defamation,
- In favor of Card Tech on Defendants' First Counter-claim for money due on a promissory note,
- In favor of Card Tech on Defendants' Second Counter-claim for breach of contract,
- In favor of Card Tech on Defendants' Third Counter-claim for failure to pay overtime compensation,
- In favor of Card Tech on Defendants' Fourth Counter-claim for waiting-time penalties,
- In favor of Card Tech on Defendants' Fifth Counter-claim for indemnification for expenditures, and
- In favor of Card Tech on Defendants' Sixth Counter-claim for alter ego.

Plaintiff's Third, Seventh, Eighth, and Tenth claims were resolved between the parties prior to trial, and these claims are therefore dismissed.

Plaintiff shall recover from Defendants $20,000 in deposits for Card Tech's sales, $6000 as damages that have been, and will be incurred, in creating a new website, and $167,022 in Defendants' profits.  The total amount awarded to Plaintiff is $193,022.00.  Post-judgment interest shall accrue and be calculated in accordance with 28 U.S.C. § 1961(a) and shall be calculated from the date of entry of judgment.  Plaintiff shall recover its reasonable attorney's fees in an amount to

be determined.

The Court having found that Defendants committed trademark and trade dress infringement in violation of the Lanham Act, 15 U.S.C. § 1125(a), and California's Unfair Competition Law, Cal. Civ. Code § 17200 *et seq.*, Defendants are ordered to discontinue use of the term "Diamond Technology" – and any terms confusingly similar thereto, including, but not limited to, "Diamond Ice Technology" – as well as use of all pictures and phrases that typically appear with that mark. Defendants are also ordered to discontinue use of the terms "Proven Products" and "PreSat," as well as any terms confusingly similar thereto. Defendants are further enjoined from using – in their packaging, their website, or in any other capacity – the subject trade dress, or any trade dress that emulates the overall impression of the subject trade dress, including through the particular arrangement of product name, instructions for use, and visual depictions, together with Plaintiff's use of colored shapes and borders.

Plaintiff is awarded costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: __6/7/12_____      _____
                                     Dale S. Fischer
                                     United States District Judge