UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 11-2434 DSF (PLAx) | Date | 8/29/12 |
| Title | Card Tech International LLLP v. Sharyn Provenzano, et al. | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause

   Plaintiff has filed a Request for Order for Service of Process, an Application for Judgment Debtor Exam, and an Application for Issuance of Writ of Execution. Defendants have filed a Notice of Filing Bankruptcy.  Plaintiff is ordered to show cause in writing no later than September 10 why any further proceedings in this Court are not stayed and specifically why this Court should act on any of these matters.


   IT IS SO ORDERED.

Hon. Paul L. Abrams